**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| JAMES W. BARBER, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting | * | No. 4:13CV00238-JJV |
| Commissioner, Social Security | * | |
| Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is the Defendant's Motion for Stay of Further Proceedings (Doc. No. 8) due to the U.S. Government's partial shutdown and lack of funding for the Department of Justice, Social Security Administration, and other agencies beginning October 1, 2013.

For good cause shown, the Motion for Stay is granted until funding has been approved by Congress and U.S. Government operations resume.

IT IS SO ORDERED this 2nd day of October, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE